IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HERSCHEND FAMILY ENTERTAINMENT CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 08-3434-CV-W-GAF |
| DAVID SLATTON and THE SHERWIN-WILLIAMS COMPANY, ) ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: September 9, 2009